UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIA McCLELLAN,<br>           Plaintiff | ) | **NEW CASE NO.   1:05-cv-00050-SMS** |
| | ) | |
| | ) | ORDER ASSIGNING CASE |
|            vs | ) | RE PRESIDING JUDGE |
| | ) | |
| COMMISSIONER OF | ) | Old Case No.  1:05-cv-00050-AWI-SMS |
| SOCIAL SECURITY | ) | |
| | ) | |
|            Defendant | ) | |
| | ) | |

        IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge SANDRA M. SNYDER as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on January 12, 2005 and Defendants filed their consent on May 10, 2005 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

# 1:05-cv-00050-SMS

IT IS SO ORDERED.

**Dated:     May 13, 2005** 
0m8i78

                    **/s/ Anthony W. Ishii**
              UNITED STATES DISTRICT JUDGE