```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                   IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                          EASTERN DISTRICT OF CALIFORNIA
 9

10  JULIA McCLELLAN,              )    1:05-cv-0050 AWI SMS
                                  )
11               Plaintiff,       )    STIPULATION AND
                                  )    ORDER TO EXTEND
12          v.                    )    TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15               Defendant.       )
    _____)
16
```

17    The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from August 8, 2005 to September 8, 2005.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1  This is defendant's first request for an extension of time to
2  file defendant's opposition to plaintiff's opening brief.
3  Defendant requests the additional time to further review the file
4  and prepare a response in this case.
5                              Respectfully submitted,
6
7  Dated: July 29, 2005        /s/ Henry Reynolds
                               (As authorized via facsimile)
8                              HENRY REYNOLDS
                               Attorney for Plaintiff
9
10
11 Dated: July 29, 2005        McGREGOR W. SCOTT
                               United States Attorney
12
13
                               /s/ Kristi C. Kapetan
14                             KRISTI C. KAPETAN
                               Assistant U.S. Attorney
15
16
   **IT IS SO ORDERED:**
17
18
   Dated: 8/1/2005
19
                                /s/ Sandra M. Snyder
20                             THE HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge
21