1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
6  Attorneys for Defendant

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9
10 JULIA McCLELLAN,                    )   1:05-cv-00050 SMS
                                       )
11             Plaintiff,              )   DEFENDANT'S EX PARTE APPLICATION
                                       )   TO EXTEND TIME; AND ORDER THEREON
12             v.                      )
                                       )
13 JO ANNE B. BARNHART,                )
   Commissioner of Social             )
14 Security,                           )
                                       )
15             Defendant.              )
   _____)
16

17      Defendant, Commissioner of Social Security, hereby applies ex

18 parte to the Court for an extension of time to file a response to

19 plaintiff's opening brief from September 8, 2005 to October 6, 2005.

20 This is defendant's second request for an extension of time to file

21 defendant's opposition to plaintiff's opening brief.

22      On September 12, 2005, plaintiff's counsel, after returning

23 from vacation, advised that he declines to agree to a second

24 extension.  Defendant requests the additional time to allow for

25 review by the Appeals Counsel.

26 ///

27 ///

28 ///

Respectfully submitted,

Dated: September 13, 2005            McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
                                     Assistant U.S. Attorney


**IT IS SO ORDERED:**


Dated:    9/13/2005


                                      /s/ Sandra M. Snyder
                                     THE HONORABLE SANDRA M. SNYDER
                                     United States Magistrate Judge